UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:13-CR-285-FL-1

UNITED STATES OF AMERICA              }
                                      }
        V.                            }        ORDER TO SEAL
                                      }
ANTHONY RODRIGUEZ CROWELL             }
_____

     On motion of the Defendant Anthony Rodriguez Crowell, and for good cause shown, It is hereby ORDERED (DE 81) be sealed until further notice by this Court.

     IT IS SO ORDERED.

     This the 28th day of October, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge